# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| CLAYTON LAMONT VANN<br>ADC #108062 | PETITIONER |
| V. NO. 5:19-CV-00151-SWW-JTR | |
| WENDY KELLEY, Director,<br>Arkansas Department of Correction | RESPONDENT |

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Petitioner Clayton Lamont Vann's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, without prejudice.

DATED this 25th day of June, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE