UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLAYTON LAMONT VANN                                              PETITIONER
ADC #108062

V.                    NO. 5:19-CV-00151-SWW-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                RESPONDENT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 25th day of June, 2019.

                                                    /s/Susan Webber Wright
                                                  UNITED STATES DISTRICT JUDGE